THE PEOPLE *ex rel.* Dan G. Lee, County Collector, Appellee, *vs.* THE KANKAKEE AND SOUTHWESTERN RAILROAD COMPANY, Appellant.

*Opinion filed December 21, 1910.*

This case is controlled by the decision in *People* v. *Kankakee and Seneca Railroad Co. (post,* p. 114.)

APPEAL from the County Court of Kankakee county; Hon. A. W. DESELM, Judge, presiding.

W. R. HUNTER, and WALTER C. SCHNEIDER, for appellant.

J. BERT. MILLER, State's Attorney, for appellee.

Per CURIAM: The legal questions and the facts in this case (except as to the amount of taxes) are identical with those involved in *People* v. *Kankakee and Seneca Railroad Co. (post,* p. 114.) The conclusions reached in that case must control here.

248 — 8

The judgment of the county court must therefore be reversed and the cause remanded, with directions to enter judgment in accordance with the views set forth in that opinion.

*Reversed and remanded, with directions.*